1  YIN KUEN CHEUNG (Full Name)
2  1003 COTTAGE LANE (Address Line 1)
3  HERCULES CA 94547 (Address Line 2)
4  _____ (Phone Number)
5  YIN KUEN CHEUNG in Pro Per
   (indicate Plaintiff or Defendant)

8           UNITED STATES DISTRICT COURT
9  NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

11  YIN KUEN CHEUNG,            Case No.: CV12-~~05016~~ 5016 RS
                    Plaintiff,
12       vs.                    (~~PROPOSED~~) ORDER
13  World Savings, Wells Fargo Bank NA,  NOTICE OF LIS PENDENS
14  Wachovia, Cal Western Reconvey       28 U.S.C.A. §1964
15  Corp, MERS, Adam Fukushima, et al.
                                 C.C.P. §§ 405.4, 405.5, 405.20,
16                Defendant(s).  405.21, 405.24

   NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real property as described herein was commenced on 09/26/12 (Date) in the above-named court by (Plaintiff)/Defendant YIN KUEN CHEUNG (Name) against the above-named Plaintiff(s)/Defendant(s). The action is now pending in the above-named court.

   The action affects the title of real property commonly known as:

   1003 COTTAGE LANE HERCULES CA 94547
   (Property Address)

   and legally described as follows:

1  *(Provide a detailed description of the property, including the lot, tract, city,*
2  *county, state, as per [x] map, the location of the map of record and whether the*
3  *parcel includes oil/gas/mineral rights)*

4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____

11    The object of Plaintiff's action in the above-entitled action is to:

12    __overturn illegal foreclosure__
13    (Provide a brief statement as to the GOAL of the litigation)

14    Dated: _____

15
16                                          By: __Yin Kuen Cheung__
                                                (sign)
17                                               __YIN KUEN CHEUNG__
                                                 (print name)
18
                                                 __YIN KUEN CHEUNG__ Pro Per
19                                               (indicate Plaintiff or Defendant)

20
21    Dated: __10-16-12__           Signed: __[signature]__
22
23                                          Hon. __RICHARD SEEBORG__
24                                                (Judge's name)
25
26
27
28

2
(Proposed) Order

WORLD SAVINGS BANK, FSB      556529

# EXHIBIT "A"
## LEGAL DESCRIPTION

LOAN NO.    0023085038

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE COUNTY OF CONTRA COSTA STATE OF CALIFORNIA * * * * * , DESCRIBED AS FOLLOWS:

Order Number: 0105-598511-033

## LEGAL DESCRIPTION

Real property in the City of Hercules, County of Contra Costa, State of California, described as follows:

Lot 33, as shown on Map of Subdivision 8512, filed March 26, 2003, in Map Book 452, Page 35, Contra Costa County Records.

RESERVING THEREFROM:

1. All oil, gas, geothermal steam, casinghead gas, asphaltum and other hydrocarbons and chemical gas now or hereafter found, situated or located in all or any portion of the lands described herein lying more than five hundred feet (500') below the surface thereof, together with the right to slant drill for and remove all or any of said gas, oil, casinghead gas, asphaltum and other hydrocarbons or chemical gas, lying below a depth of more than five hundred feet (500') below the surface thereof including the right to grant leases for all or any of said purposes, but without any right whatsoever to enter upon the surface of said lands or any portion thereof within five hundred feet (500') vertical distance below the surface thereof.

2. All overlying and other water rights, including, without limitations, the right to appropriate water and distribute it to other properties without any right to the use of land or rights in/or to any portion of the surface of said land. The owner of the reserved water rights, however, covenants that it will not exercise the rights reserved except below 100 feet from the surface of said land.

3. A sideyard easement in favor of the adjoining lot as the dominant tenement in favor of the adjoining lot as the dominant tenement in the area described in Section 2.4 and Exhibit B to the Cottage Lane Declaration of Restrictions (CC&Rs) recorded on May 27, 2003, as Instrument No. 2003-244547 in the records of Contra Costa County, California (the "Declaration"). The sideyard easement is subject to the rights and duties described in Section 2.4 of the Declaration.

APN: 404-020-039 Affects this and other property
NEW APN: 404-630-033 Not yet assessed

END OF DOCUMENT

GF430A1 (02.15.01/1-01) R30A
REV. (07.15.01/2-01)                                              CA