**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YIN KUEN CHEUNG<br>　　　　　Plaintiff, | No. C 12-05016 RS |
| v. | **ORDER** |
| WORLD SAVINGS BANK, *et al.*, | |
| 　　　　　Defendants._____/ | |

　　　　Defendants' motions to dismiss this pro se suit challenging a foreclosure of real property and to expunge a lis pendens were granted on November 8, 2012. Plaintiff Yik Kuen Cheung was given a deadline of January 15, 2013 to amend her complaint, if she so chooses. On November 14, 2012, plaintiff filed a pleading captioned "response to granting motion to dismiss and motion to expunge lis pendens." Plaintiff asked for a "case continuance to another court date further out in the calendar." Plaintiff's request is construed as a motion for additional time to amend her complaint.

　　　　The reason Cheung gives for needing additional time to amend her complaint is that "Pastor Dr. Nigel Johnson, D.D. has been assigned to represent plaintiff in court per power of attorney executed on October 20, 2012" and that Dr. Johnson requires additional time to review the case and

develop a response due to his family situation. Dr. Johnson is not identified as a member of the California Bar on the Bar Association's website. The execution of a power of attorney does not enable Dr. Johnson to act as an attorney on Cheung's behalf. If Dr. Johnson is not an attorney licensed to practice in the Northern District of California, he may not represent Cheung in this action, either by filing papers on her behalf or by appearing in court. Cheung must either hire an attorney to represent her in this case or must represent herself.

Cheung is again advised that she may seek assistance by contacting the pro se Legal Help Center. The Legal Help Center is located in room 2796 on the 15th Floor of the United States Courthouse at 450 Golden Gate Avenue in San Francisco. An appointment with the Legal Help Center may be made by calling 415-782-9000 x8657. Additional resources for pro se litigants can be found at www.cand.uscourts.gov/proselitigants.

Cheung's motion for additional time to amend her complaint is denied. Her amended complaint remains due on January 15, 2013. If Cheung hires an attorney and that attorney requires additional time to draft an amended complaint, a renewed motion for an extension of time may be made.

IT IS SO ORDERED.

Dated: 11/15/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

ORDER
2