UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YIN KUEN CHEUNG and MARINA CHEUNG YIU,<br><br>        Plaintiffs,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No:  C 13-1756 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Richard Seeborg to consider whether it is related to <u>Yin Kuen Cheung v. World Savings Bank, et al.</u>, No. C 12-5016 RS.

IT IS SO ORDERED.

Dated:  July 26, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge